```
MICHAEL S. LAWSON (SBN 048172)
City Attorney
JUSTIN NISHIOKA (SBN 278207)
Deputy City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4458
Fax: (510) 583-3660
```

Attorneys for Defendants City of Hayward,
Former Police Officer Aberin,
and Police Officer Harden.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| AMY LOUISE WHITTED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, a municipal corporation; A. ABERIN, individually and in his capacity as a Peace Officer for the City of Hayward, MATT HARDEN, individually and in his capacity as a Peace Officer for the City of Hayward, and; DOES 1-200, jointly and severally,<br><br>　　　　　Defendants. | **Case No: 3:14-CV-2526**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: January 16, 2015<br>Time: 2:00 p.m.<br>Courtroom: G, 15th Floor<br>　　450 Golden Gate Ave, SF, CA 94102<br>　　Assigned to the Honorable Joseph Spero |

## STIPULATION

　　WHEREAS, a Case Management Conference in this case was changed by this court from January 9, 2015 and now is currently set for January 16, 2015;

　　WHEREAS, Defendant's Counsel has another Case Management Conference in Oakland on that date.

WHEREAS, the parties agree to postpone the Case Management Conference to anytime after January 16, 2015.

NOW THEREFORE, IT IS HEREBY STIPULATED that:

1. The Case Management Conference currently set for January 16, 2015 should be taken off calendar;

2. The parties request a new Case Management Conference date be set by the Court for a time after January 16, 2015.

Dated: December 10, 2014

THE LAW OFFICES OF PANOS LAGOS

By: _____
Panos Lagos

Attorney for Plaintiff Amy Whitted

Dated: December 4, 2014

MICHAEL LAWSON, City Attorney

By: _____
Justin Nishioka, Deputy City Attorney

Attorneys for Defendant City of Hayward

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED:

The Case Management Conference currently set for January 16, 2015 is VACATED and reset for January 30, 2015 at 2:00 PM. Updated joint case management conference statement due 1/23/15.

DATED: December 15, 2014          By: 
HONORABLE JOSEPH C. SPERO